# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0675**
Lindsey June Gresham v. State of Alabama (Appeal from Elmore Circuit Court: CC-21-1066.70)

## NOTICE

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk